AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| RICHARD N. BELL<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ANDERSON SCHULLE<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. Case No. 1:17-cv-4222-WTL-MPB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANDERSON SCHULLE
921 East 86th Street, Suite 207,
Indianapolis, IN, 46240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD N. BELL, #2669-49
BELL LAW FIRM
10042 Springstone Rd.
McCordsville, IN 46055
317-690-2053
richbell@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date:  November 17, 2017

BY: _____
*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. Case No. 1:17-cv-4222

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ANDERSON SCHULLE

was received by me on *(date)*   NOVEMBER 17, 2017   .

❒  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify)*: I mailed the Complaint, Summons and all other pleadings to a business address listed by Anderson Schulle with the Indiana Secretary of State, 921 East 86th Street, Suite 207, Indianapolis Ind 46240, via Certified Mail Return Receipt Requested. The package was rerouted by the USPO to a new Texas address. The package was delivered to 6828 Windwillow Dr., Ft. Worth TX 76137, where it signed and accepted by a representative of Anderson Schulle. (See PS Form 3811 attached)

My fees are $   7.92   for travel and $ _____ for services, for a total of $   7.92   .

I declare under penalty of perjury that this information is true.

Date:   December 15, 2017

/S Richard N. Bell
_____
*Server's signature*

Richard N. Bell, Attorney
_____
*Printed name and title*

10042 Springstone Rd., McCordsville, IN 46055
_____
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent / ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |

1. Article Addressed to:

ANDERSON SCHULLE
~~921 East 86th Street, Suite 207~~
Indianapolis, IN, 46240

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

6828 WINDWILLOW DR.
FT. WORTH, TX 76137

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2135 6132 4268 45

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |

2. Article Number *(Transfer from service label)*

7016 1370 0000 1520 2416

PS Form **3811**, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt